IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:17-CR- |
| GEORGE FRANK DAVIS | |

3-17CR-0203K

## INDICTMENT

The Grand Jury Charges:

Count One
Mailing Threatening Communications
(Violation of 18 U.S.C. § 876(c))

On or about November 23, 2015, in the Dallas Division of the Northern District of Texas, the defendant, **George Frank Davis,** knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, a communication addressed to the Dallas Holocaust Museum at ************ Street, Dallas, Texas 75202, and containing a threat to "blow up your building" and thereby injure the staff and visitors to the museum.

In violation of 18 U.S.C. § 876(c).

Indictment - Page 1

A TRUE BILL

_____
FOREPERSON


JOHN R. PARKER
UNITED STATES ATTORNEY


_____
J. MARK PENLEY
Assistant United States Attorney
Texas State Bar No. 15750700
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: mark.penley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

GEORGE FRANK DAVIS

INDICTMENT

18 U.S.C. § 876(c)
Mailing Threatening Communications

1 Count

A true bill rendered

_____        _____
DALLAS                                                                                FOREPERSON

Filed in open court this 4th day of April, 2017.

_____
                                                                                                    Clerk
**Summons to Issue**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending